# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:18-CR-00390(2)-OLG |
| | § | |
| (2) JODIE MARIE MANN | § | |

## ORDER SETTING MOTION HEARING

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Thursday, December 06, 2018 at 01:30 PM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 27th day of November, 2018.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE